# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

June 6, 2022

**Via ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *Annette DilBenedetto v. Harman International Industries, Inc.*
           **Docket No: 22-CV-02029 (PGG)**

Dear Judge Gardephe:

    We represent the Plaintiff in connection with the matter referenced above and submit this letter motion jointly with counsel for Defendant to request that the time for submitting a proposed Case Management Plan and pre-trial conference be temporarily stayed until after mediation, if the matter is not resolved. The parties have been referred to mediation and the mediator has already reached out and requested a pre-mediation zoom conference for June 8th. We expect that a date for mediation will be scheduled during that conference.

    The parties request that the Court allow them to notify Your Honor within 48 hours following the mediation if it is not successful. At that time, the parties will request that the Court schedule a date for the submission of Case Management Plan and a date for a pre-trial conference.

    This is the first request to extend the time for submitting a Case Management Plan and for an initial pre-trial conference.

    We thank the Court of its consideration of this application.

                                                        Respectfully yours,

                                                        DAVIDA S. PERRY

DSP/arp
cc: Ivie A. Serioux, Esq. – via ECF

**MEMO ENDORSED**:
The initial pretrial conference currently scheduled for June 9, 2022 is adjourned to **July 28, 2022, at 12:00 p.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: June 6, 2022