

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Ivie A. Serioux
Associate
212.583.2681 direct
212.583.9600 main
212.320.0465 fax
iserioux@littler.com

July 18, 2022

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York  10007

Re:   *Annette DiBenedetto v Harman International Industries, Inc.*
      Case No. 1:22-cv-02029-PGG

Dear Judge Gardephe:

We represent Defendant in the above-referenced matter, and we write pursuant to Your Honor's Individual Rules IA and D to request an adjournment of the July 28, 2022 pre-trial conference until after the mediation set for September 13, 2022. This request is made with Plaintiff's consent. The parties are requesting this adjournment in order to focus on resolving this matter, if possible, before expanding additional resources on discovery.

The parties request the Court allow them to notify Your Honor within 48 hours following the mediation if it is not successful. At that time, the parties will request the Court schedule a date for the submission of the Case Management Plan and a date for a pre-trial conference. This is the second request to extend the time for submitting a Case Management Plan and for an initial pre-trial conference. The prior request was granted. *See* Dkt. No. 16.

We thank the Court of its consideration of this application.

Respectfully,

*/s/ Ivie A. Serioux*

Ivie A. Serioux

IS/mbm

**MEMO ENDORSED**:
The initial pretrial conference previously scheduled for July 28, 2022, is adjourned to **October 20, 2022, at 10:00 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated:  July 25, 2022

littler.com