

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Ivie A. Serioux
Shareholder
212.583.2681 direct
212.583.9600 main
212.320.0465 fax
iserioux@littler.com

January 20, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Annette DiBenedetto v Harman International Industries, Inc.*
      Case No. 1:22-cv-02029-PGG

Dear Judge Gardephe:

Our law firm represents Defendant Harman International Industries, Inc. in the above-referenced action. Pursuant to Rule 1.D. of Your Honor's Individual Rules of Practice, we write, with Plaintiff's counsel's consent, to request an adjournment of the status conference that is currently scheduled for January 26, 2023. In light of the Court extending the discovery deadline to March 21, 2023, the parties would like the status conference moved to a later date. (Dkt. 28)

To date, the parties have exchanged interrogatories and document demands. Defendant has informed Plaintiff that they are finalizing the response to Plaintiff's Notice to Produce and aim to provide the written response and produce documents next week. The parties are also working together to coordinate a deposition schedule and Plaintiff has advised of her availability to be deposed in February. Defendant has asked Plaintiff to provide the names of the individuals she plans on deposing.

This is the parties' first request for an adjournment of the January 26, 2023 status conference.

We thank the Court for considering this request.

Respectfully,

*/s/ Ivie A. Serioux*

Ivie A. Serioux
IS/mbm

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: January 20, 2023

littler.com