

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 4-28-2023

The telephonic conference has been rescheduled for Wednesday, May 3, 2023 at 11:00 a.m.

April 28, 2023

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Annette DiBenedetto v Harman International Industries, Inc.*
      Case No. 1:22-cv-02029-PGG

Dear Judge Figueredo:

We represent Defendant in the above-referenced matter. Pursuant to Rule I(e) of Your Honor's Individual Practices, we write with Plaintiff's consent to request an adjournment of the May 4, 2023, 10:00 am telephonic conference. See ECF Dkt. #36. This request is necessary because Defendant's counsel has a mediation scheduled for May 4, 2023. This mediation was scheduled prior to receiving the order scheduling this conference. The parties have conferred and are available the morning of May 3, 2023, for the call if that time is convenient for the court.

Respectfully,

*/s/ Ivie A. Serioux*

Ivie A. Serioux
IS/mbm

littler.com