UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANNETTE DIBENEDETTO,

                        Plaintiff,                  22-CV-02029 (PGG) (VF)

            -against-                         **<u>ORDER</u>**

HARMAN INTERNATIONAL INDUSTRIES, INC.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated on the record at the May 22, 2023 telephonic conference in this action, the Clerk of Court is directed to terminate the motion at ECF No. 33.

        **SO ORDERED.**

DATED:      New York, New York
              May 22, 2023

                               _____
                               VALERIE FIGUEREDO
                               United States Magistrate Judge