

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Ivie A. Serioux
Shareholder
212.583.2681 direct
212.583.9600 main
212.320.0465 fax
iserioux@littler.com

May 26, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Annette DiBenedetto v Harman International Industries, Inc.*
      Case No. 1:22-cv-02029-PGG

Dear Judge Gardephe:

Our law firm represents Defendant Harman International Industries, Inc. in the above-referenced action.  Pursuant to Rule 1.E. of Your Honor's Individual Rules of Practice, we write, with Plaintiff's counsel's consent, to request an adjournment of the status conference scheduled for June 1, 2023.  (See Dkt. # 48).  The adjournment is necessary because Defendant's counsel has a pre-planned work trip to Phoenix, Arizona June 1 – 2.  The parties have conferred and are both available on June 9, 2023 or a date that is convenient for the court.

We thank the Court for considering this request.

Respectfully,

*/s/ Ivie A. Serioux*

Ivie A. Serioux
IS/mbm

**MEMO ENDORSED:**  The conference currently scheduled for June 1, 2023 is adjourned to **June 8, 2023 at 11:15 a.m.**

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated:  May 31, 2023

littler.com