

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Ivie A. Serioux
Shareholder
212.583.2681 direct
212.583.9600 main
212.320.0465 fax
iserioux@littler.com

November 15, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Annette DiBenedetto v Harman International Industries, Inc.*
      Case No. 1:22-cv-02029-PGG

Dear Judge Gardephe:

We represent Defendant in the above referenced matter. We write with the consent of Plaintiff, pursuant to Rule I(D) of Your Honor's Individual Rules of Practice, to request an extension of the scheduled deadlines in regard to Defendant's Motion for Summary Judgment. (See Dkt. # 54). This extension is needed because the attorneys have pre-existing conflicts and the current schedule falling over the holidays will make it difficult for the parties to confer with their respective clients to finalize the motion.

The parties have conferred regarding their availability and respectfully requests that deadlines be updated as follows:

|   |                                   | Current Deadline   | Requested Deadline |
|---|-----------------------------------|--------------------|--------------------|
| 1 | Defendant's motion papers due:    | December 7, 2023   | January 26, 2024   |
| 2 | Plaintiff's opposition due:       | January 4, 2024    | February 29, 2024  |
| 3 | Defendant's reply, if any, due:   | January 11, 2024   | March 14, 2024     |

Thank you for your attention to this matter.

littler.com

The Honorable Paul G. Gardephe
November 15, 2023
Page 2

**MEMO ENDORSED:** The briefing schedule shall be as follows:

(1) Defendant's motion papers are due on **January 12, 2024**;
(2) Plaintiff's opposition is due **February 9, 2024**;
(3) Defendant's reply, if any, is due on **February 16, 2024**.

SO ORDERED.

Respectfully,

*/s/ Ivie A. Serioux*

Ivie A. Serioux
IS/mbm

*[signature]*

Paul G. Gardephe
United States District Judge

Date: November 22, 2023