UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNETTE DIBENEDETTO,

Plaintiff,

-against-

HARMAN INTERNATIONAL INDUSTRIES, INC.,

Defendant.

22 CIVIL 2029 (PGG)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion & Order dated September 30, 2026, Defendant's motion for summary judgment is granted as to the Complaint's First and Second Causes of Action. The Court declines to exercise supplemental jurisdiction over Plaintiffs remaining state law claims. Accordingly, judgment is entered in favor of Defendant and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**